Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
EMAIL: jeremyb@jlohman.com
Attorney for Plaintiff, EMMA BONILLAS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMA BONILLAS,<br><br>     Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>     Defendants. | Case No: 2:18-CV-03693-PJW<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ema Bonillas ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Connie Y. Tcheng (with permission)*<br>Hunter R. Eley<br>Connie Y. Tcheng<br>Doll Amir & Eley LLP<br>1888 Century Park E, Suite 1850<br>Los Angeles, CA 90067<br>(310) 557-9100<br>Email:<br>heley@dollamir.com<br>ctcheng@dollamir.com<br>*COUNSEL FOR DEFENDANT* | */s/ Alyson J. Dykes*<br>Alyson J. Dykes<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>T: 866-329-9217<br>F: 657-227-0270<br>E: alysond@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Hunter R. Eley
Connie Tcheng
Doll Amir & Eley, LLP
1888 Century Park E, Suite 1850
Los Angeles, CA 90067
(310) 557-9100
Email:
heley@dollamir.com
tcheng@dollamir.com
*COUNSEL FOR DEFENDANT*

          */s/ Jeremy Branch*
          Jeremy Branch
          The Law Offices of Jeffrey Lohman, P.C.
          4740 Green River Road, Suite 310,
          Corona, CA 92880
          Tel. (866) 329-9217 ext. 1009
          Fax: (657) 246-1312
          EMAIL: jeremyb@jlohman.com
          Attorney for Plaintiff, EMMA BONILLAS